NICOLE HODGE AMEY (SBN 215157)
**THE LAW OFFICES OF NICOLE HODGE AMEY**
8033 Mac Arthur Blvd. #5100
P.O. Box 5100
Oakland, California 94605
Telephone: (510) 569-3666
Facsimile: (866) 602-2986
Hodgelaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M. a minor by and through her guardian and next friend, MARLA MCDONALD<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.: 4:17-cv-04986<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE RESPONSIVE PLEADING TO DISTRICT MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: May 22, 2018<br><br>Hearing Time: 2:00 p.m.<br>**Court Room: 2, 4th Floor**<br>**Judge: The Honorable Haywood S. Gilliam, Jr.** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel that J.M. a minor by and through her guardian and next friend, MARLA MCDONALD shall have an extension of time through and including July 5, 2018, within which to file a response to Oakland Unified School District's Motion for Summary Judgment. The District shall file it's reply brief by July 19, 2018 and hearing shall be set for August 9, 2018, 2.p.m, Courtroom 2, 4th floor.

//

//

//

It is SO STIPULATED.

Dated May 21, 2018            LAW OFFICE OF NICOLE HODGE AMEY

                              By: s/Nicole Hodge Amey

                              Nicole Hodge Amey Attorneys for Plaintiffs J.M. a minor by and through her guardian and next friend, MARLA MCDONALD


                              FAGEN FRIEDMAN & FULFROST

Dated May 21, 2018            By: s/David Mishook
                              David Mishook Attorneys for Defendants
                              OAKLAND UNIFIED SCHOOL DISTRICT


**IT IS SO ORDERED.**

DATED: 5/22/2018

*(signature: Haywood S. Gilliam Jr.)*

THE HONORABLE HAYWOOD S. GILLIAM, JR. UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA