FAGEN FRIEDMAN & FULFROST, LLP
David R. Mishook, SBN 273555
dmishook@f3law.com
Lenore Silverman, SBN 146112
lsilverman@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Oakland Unified School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| J.M. a minor by and through her guardian and next friend, MARLA MCDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 4:17-cv-04986-HSG<br><br>[PROPOSED] ORDER<br><br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:  None Set |

Defendant Oakland Unified School District's Administrative Motion to Hold its Motion for Attorneys' Fees in Abeyance and to Continue having come regularly before this Court for hearing, and after careful consideration of all papers filed in support of and in opposition to the motion,

IT IS HEREBY ORDERED that consideration of the Defendant's motion for prevailing party attorneys' fees and/or Rule 11 sanctions (Doc. 53), currently set to be heard before this Court on March 29, 2019, be held in abeyance until the conclusion of Plaintiff's appeal of this Court's order granting summary judgment (Doc. 51), ORDERED that the March 29, 2019, hearing be

VACATED, and FURTHER ORDERED that the District have an opportunity to amend its motion pending the outcome of Plaintiff's appeal and the issuance of mandate by that Court.

IT IS SO ORDERED.

DATED: 1/24/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

319-374/4400764.1